EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JUAN LÓPEZ, acusado y apelante.

No. 3789.—*Sometido:* Abril 4, 1929. *Resuelto:* Junio 20, 1929.

G. S. *Pierluissi* y R. *Atiles Moreu,* abogados del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

## SENTENCIA

Por la Corte, a propuesta del JUEZ ASOCIADO SR. WOLF.

■ POR CUANTO en un caso en que al acusado se le imputaba el delito de mutilación y fué convicto de acometimiento y agresión con circunstancias agravantes, la cuestión de defensa propia fué sometida al jurado por instrucciones directas de la corte;

POR CUANTO el veredicto de un jurado, bajo esas circunstancias, sólo debe ser alterado por una corte de apelaciones cuando esta última (contrario a la realidad de este caso) quedare convencida de que el jurado no tenía derecho a rendir tal veredicto;

■ POR CUANTO, cuando se certifica que se ha inferido una lesión permanente al orificio del oído y se demuestran otras circunstancias, incumbe al jurado determinar si se ha inferido una "herida grave," según lo define el estatuto;

■ POR CUANTO el llamar al jurado para darle nuevas instrucciones, especialmente si el jurado se demora en su veredicto, cae dentro de la sana discreción de la corte;

POR CUANTO el hecho de que la corte exprese sorpresa porque el jurado no haya llegado a un veredicto no cae necesariamente fuera de los límites de una sana discreción;

POR CUANTO las consideraciones generales respecto a la actitud que el jurado debe asumir no caen necesariamente fuera de dicha sana discreción de la corte;

POR CUANTO las instrucciones adicionales no fueron excepcionadas en presencia del jurado, dando así a la corte la oportunidad de corregirlas;

POR CUANTO la corte no cometió abuso de discreción al decir que no creía que podía disolver el jurado;

■ POR CUANTO la corte tiene facultad, antes de disolver el jurado, de permitir a éste que enmiende un veredicto defectuoso, especialmente cuando se pregunta independientemente a cada uno de los miembros del jurado si el veredicto rendido es el suyo;

██ Por cuanto no es error decir que una persona puede ser sentenciada por la declaración de un solo testigo, especialmente cuando tal manifestación se hace en unión de otras instrucciones;

Por cuanto aunque el jurado recomendó clemencia, el apelante no nos ha convencido de que una sentencia de un año de cárcel sea excesiva;

Por tanto: Se confirma la sentencia que dictó la Corte de Distrito de Ponce con fecha 8 de mayo de 1928, en el caso arriba expresado.